**DRAGON INTELLECTUAL PROPERTY, LLC,**
Appellant

v.

**UNIFIED PATENTS, INC., Appellee**

**2016-1813**

United States Court of Appeals, Federal Circuit.

Decided: November 1, 2017

LEI MEI, Mei & Mark LLP, Washington, DC, argued for appellant. Also represented by LAURENCE M. SANDELL.

MICHAEL KIKLIS, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA, argued for appellee. Also represented by LISA MANDRUSIAK, CHRISTOPHER RICCIUTI; JONATHAN RUDOLPH KOMINEK STROUD, Unified Patents Inc., Washington, DC.

Before Moore, Mayer, and Stoll, Circuit Judges.

Stoll, Circuit Judge.

Dragon Intellectual Property appeals the Patent Trial and Appeal Board's determination that claims 1, 2, 7, 8, 10, 13, and 14 of U.S. Patent No. 5,930,444 are invalid. Our decision today in a related case, *Dragon Intellectual Property, LLC v. DISH Network LLC et al.*, Nos. 2016-2468, -2492, affirms the Board's determination that claims 1–4, 7–10, 13, and 14 of the '444 patent are invalid. Accordingly, we dismiss this appeal as moot.

**DISMISSED AS MOOT**

### COSTS

No costs.